WINTERBOTHAM PARHAM TEEPLE, A P.C.
MICHELLE A. MARCHISOTTO, Bar 181906
12440 East Imperial Highway, Suite 140
Norwalk, California 90650
Phone: (562) 868-3634
Fax: (562) 868-5599
Email: michelleam@4bankruptcy.com

Attorney for Debtor
GLORIA DEAN KAUFMAN-HARRINGTON

**FILED & ENTERED**

**SEP 21 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY walter      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GLORIA DEAN KAUFMAN-HARRINGTON,<br><br>                              Debtor.<br><br>―――――――――――――――<br><br>GLORIA DEAN KAUFMAN-HARRINGTON,<br><br>                              Movant(s),<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, and CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION<br><br>                              Respondent(s). | Case No.  2: 11-bk-22508-ER<br><br>Chapter 13<br><br>ORDER APPROVING STIPULATION RE: MOTION FOR ORDER DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND AVOIDING THE JUNIOR LIEN OF BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. |

///

///

///

///

-1-

1  The Court, having considered the Stipulation entered into by and between GLORIA DEAN

2  KAUFMAN-HARRINGTON (hereinafter referred to as "Debtor"), by and through Debtor's attorney of

3  record, Michelle A. Marchisotto; and Respondent(s), BANK OF AMERICA, N.A. AS SUCCESSOR

4  BY MERGER TO BAC HOME LOANS SERVICING, LP, by and through its attorney of record,

5  Prober & Raphael, a Law Corporation, and filed on August 30, 2011 as Document No. 21 on the

6  CM/ECF docket, and good cause appearing,

**IT IS SO ORDERED:**

**The Stipulation is approved.**

###

DATED: September 21, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12440 E. Imperial Highway, Suite 140, Norwalk, California 90650

A true and correct copy of the foregoing document described **[PROPOSED] ORDER APPROVING STIPULATION RE: MOTION FOR ORDER DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND EXTINGUISHING THE LIEN OF BAC HOME LOANS SERVICING, LP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___August 31, 2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Ernest M. Robles
255 E. Temple Street, Suite 1560
Los Angeles CA 90012-0000

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 31, 2011 | Simon Perng | /s/ Simon Perng |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION RE: MOTION FOR ORDER DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND EXTINGUISHING THE LIEN OF BAC HOME LOANS SERVICING, LP.** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __August 31, 2011_____ , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Office of the United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Nancy K Curry (TR):   ecfnc@trustee13.com
Michelle A Marchisotto on behalf of Debtors:  michelleam@4bankruptcy.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> Gloria Dean Kaufman-Harrington
> 13725 Ruther Ave.
> South Gate CA 90280

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

III.

Creditors/Respondents:

BAC Home Loans Servicing, LP
attn: Chief Executive Officer
Brian Moynihan
4500 Park Granada
Calabasas CA 91302

BAC Home Loans Servicing, LP
c/o Agent for Service of Process
C T Corporation System
818 West Seventh Street
Los Angeles CA 90017

BAC Home Loans Servicing, LP
Bankruptcy Department
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley CA 93065

BAC Home Loans Servicing, LP
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego CA 92101

Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP
C/o Prober & Raphael, a Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills CA 91364-0000

Citibank, N.A., as successor in interest to
Citibank (South Dakota), N.A.
attn: CEO Gene McQuade
3900 Paradise Road, Suite 127
Las Vegas NV 89109

Citibank, N.A., as successor in interest to
Citibank (South Dakota), N.A
C/o Hunt & Henriques
151 Bernal Road Ste 8
San Jose CA 95119