Main Document    Page 1 of 6

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WINTERBOTHAM PARHAM TEEPLE, A P.C.<br>MICHELLE A. MARCHISOTTO, SBN 181906<br>12440 East Imperial Highway, Suite 140<br>Norwalk, California 90650<br>Phone: (562) 868-3634<br>Facsimile: (562) 868-5599<br>Email: michelleam@4bankruptcy.com<br><br>☒ Attorney for Debtor(s) GLORIA DEAN KAUFMAN-HARRINGTON<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**JAN 09 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CASE NUMBER: 2:11-bk-22508-WB<br>**CHANGES MADE BY COURT**<br>CHAPTER 13 |
| In re:<br><br>GLORIA DEAN KAUFMAN-HARRINGTON<br><br>Debtor(s). | Date: November 30, 2011<br>Time: 1:30 p.m.<br>Place: 255 E. Temple Street,<br>       Los Angeles, CA 90012<br>Ctrm: 1375 |

## ORDER ON:

☒  **MOTION FOR ORDER DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND AVOIDING THE SECOND DEED OF TRUST OF BAC HOME LOANS SERVICING, LP, RECORDED ABSTRACT OF JUDGMENT OF CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION.**

Based on Debtor's Motion for Order Determining Value of Real Property, Extent of Secured Claims and Avoiding the Second Deed of Trust of BAC HOME LOANS SERVICING, LP and Recorded Abstract of Judgment of CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION filed on __July 22, 2011__ as docket entry number __18__ ~~and the recommendation of the Chapter 13 Trustee~~,

It is ORDERED that Debtor's Motion is:

☐    GRANTED              ☐    DENIED

☐    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☒    GRANTED in part and DENIED in part as follows: ~~on the following conditions~~:

The Motion is GRANTED as to ~~That~~ the Second Deed of Trust lien of BAC HOME LOANS SERVICING, LP secured by a Second Deed of Trust, under loan number XXXX3272_ and having a payoff balance of $106,579.20, which lien ~~and not the Judicial Lien of CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION having a payoff balance of $4,798.20 --~~ is to be treated as an unsecured claims in the Debtor's Chapter 13 plan and said lien will not be avoided until completion of all plan payments and entry of a discharge.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                               F 3015-1.14

The Motion is DENIED as to the Judicial Lien of CITIBANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION, having a payoff balance of $4,798.20.

*(This Order is continued on the next page.)*

DATED: January 9, 2012

*Julia W. Brand*
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| GLORIA DEAN KAUFMAN-HARRINGTON | CASE NUMBER  2:11-bk-22508-WB |
| Debtor(s). | |

☐ Set for Hearing on _____ at _____.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                 **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| GLORIA DEAN KAUFMAN-HARRINGTON | |
| Debtor(s). | CASE NUMBER 2:11-bk-22508-WB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12440 E. Imperial Highway, Suite 140, Norwalk, CA 90650

A true and correct copy of the foregoing document described [PROPOSED] **ORDER ON MOTION FOR DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND AVOIDING THE SECOND DEED OF TRUST OF BAC HOME LOANS SERVICING, LP, RECORDED ABSTRACT OF JUDGMENT OF CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   December 27, 2011,   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Julia W. Brand
255 E. Temple Street, Suite 1382
Los Angeles CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2011 | Simon Perng | /s/ Simon Perng |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14

| Order on Chapter 13 Debtor's Motion – *Page 5* | F 3015-1.14 |

| In re: GLORIA DEAN KAUFMAN-HARRINGTON | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 2:11-bk-22508-WB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION FOR DETERMINING VALUE OF REAL PROPERTY, EXTENT OF SECURED CLAIMS, AND AVOIDING THE SECOND DEED OF TRUST OF BAC HOME LOANS SERVICING, LP, RECORDED ABSTRACT OF JUDGMENT OF CITIBANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      December 27, 2011     , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michelle A Marchisotto on behalf of Debtor(s): michelleam@4bankruptcy.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Nancy K Curry (TR): ecfnc@trustee13.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

~~Gloria Dean Kaufman-Harrington~~
~~13725 Ruther Ave.~~
~~South Gate CA 90280~~

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                              F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| GLORIA DEAN KAUFMAN-HARRINGTON | | |
| | Debtor(s). | CASE NUMBER  2:11-bk-22508-WB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

II.

Gloria Dean Kaufman-Harrington
13725 Ruther Ave.
South Gate CA 90280

Creditors/Respondents:

| | | |
|---|---|---|
| BAC Home Loans Servicing, LP<br>attn: Chief Executive Officer<br>Brian Moynihan<br>4500 Park Granada<br>Calabasas CA 91302 | BAC Home Loans Servicing, LP<br>c/o Agent for Service of Process<br>C T Corporation System<br>818 West Seventh Street<br>Los Angeles CA 90017 | BAC Home Loans Servicing, LP<br>Bankruptcy Department<br>Mail Stop: CA6-919-01-23<br>400 National Way<br>Simi Valley CA 93065 |
| BAC Home Loans Servicing, LP<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego CA 92101 | Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP<br>C/o Prober & Raphael, a Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills CA 91364-0000 | Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP<br>attn: Chief Executive Officer<br>Brian Moynihan<br>214 S. Tryon Street<br>Charlotte NC 28280 |
| Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP<br>attn: Chief Executive Officer<br>Brian Moynihan<br>101 S. Tryon Street<br>Charlotte NC 28280 | Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP<br>c/o Agent for Service of Process<br>C T Corporation System<br>818 West Seventh Street<br>Los Angeles CA 90017 | |
| Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A.<br>attn: CEO Gene McQuade<br>3900 Paradise Road, Suite 127<br>Las Vegas NV 89109 | Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A<br>C/o Hunt & Henriques<br>151 Bernal Road Ste 8<br>San Jose CA 95119 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                             F 3015-1.14