| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>WINTERBOTHAM PARHAM TEEPLE, A P.C.<br>MICHELLE A. MARCHISOTTO, SBN 181906<br>12440 East Imperial Highway, Suite 140<br>Norwalk, CA  90650<br>Phone: (562) 868-3634<br>Fax: (562) 868-5599<br>Email: michelleam@4bankruptcy.com<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without attorney | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 13 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beauchamp **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Gloria Dean Kaufman-Harrington<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-bk-22508-WB<br>CHAPTER: 13<br><br>**ORDER ~~ON~~ GRANTING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |
|---|---|

**Creditor Name**: _____CITIBANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO CITIBANK [SOUTH DAKOTA], NATIONAL ASSOCIATION_____
   *(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**
   a. ☒ No hearing is required: Debtor(s) has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:_____    (2) Time:_____    (3) Courtroom: _____    (4) Judge: _____
      (5) The matter was    ☐ Contested    ☐ Uncontested    ☐ Settled by Stipulation    ☐ Not Prosecuted
      (6) ☐ Debtor(s) present in court (*Name*): _____
      (7) ☐ Attorney for Debtor(s) present in court (*Name*): _____
      (8) ☐ Attorney for Lienholder present in court (*Name*): _____
      (9) ☐ Other parties present as reflected in the court record

3. The real property to which this Order applies is as follows:
   a. Street Address (*specify*): _____13725 Ruther Avenue, South Gate, California 90280-8285_____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 1                                    F 4003-2.1.ORDER.RP

    b.   Legal Description (*specify*): See Exhibit A_____            ☒ See Attached Page

4.   Recording information regarding lien to be avoided:
    a.   Date of recordation of lien (*specify*): _____March 16, 2011_____
    b.   Recorder's instrument number or map/book/page number (*specify*): _____20110399198_____

5.   ☒ Motion granted:
    a.   ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
    b.   ☒ The judicial lien is hereby declared void and unenforceable:
        (1)  ☒ In its entirety
        (2)  ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6.   ☐ Motion denied on the following grounds:     ☐ With prejudice     ☐ Without prejudice
    a.   ☐ Insufficient notice
    b.   ☐ Insufficient evidence of the exempt status of the property in question
    c.   ☐ Other (*specify*): _____

7.   ☐ The court further orders as follows (specify):            ☐ See Attached Page

###

*Julia W. Brand*
United States Bankruptcy Judge

DATED: January 13, 2012

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*             Page 2             **F 4003-2.1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12440 E. Imperial Highway, Suite 140, Norwalk, California 90650

A true and correct copy of the foregoing document described as [PROPOSED] **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ____December 27, 2011____,, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Julia W. Brand
255 E. Temple Street, Suite 1382
Los Angeles CA 90012-0000

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2011 | Simon Perng | /s/ Simon Perng |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON GRANTING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ____December 27, 2011____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Office of the United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Nancy K Curry (TR):   ecfnc@trustee13.com
Michelle A Marchisotto on behalf of Debtors:  michelleam@4bankruptcy.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gloria Dean Kaufman-Harrington
13725 Ruther Ave.
South Gate CA 90280

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | | |
|---|---|---|
| Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A.<br>attn: CEO Gene McQuade<br>3900 Paradise Road, Suite 127<br>Las Vegas NV 89109 | Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A.<br>attn: CEO Gene McQuade<br>701 East 60th Street North<br>Sioux Falls SD 57104 | Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A<br>C/o Hunt & Henriques<br>151 Bernal Road Ste 8<br>San Jose CA 95119 |

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* — Page 4 — **F 4003-2.1.ORDER.RP**